UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY ___ D.C.

MAY -3 PM 2:28

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| VICKIE HAMILTON, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | |
| BONNIE KLEIN-HAMMERS d/b/a ANSWERING MEMPHIS, | CASE NO: 05-2004-B |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal Without Prejudice entered on April 29, 2005, this cause is hereby dismissed without prejudice.

APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

5/3/05
Date

ROBERT R. DI TROLIO

_____
Clerk of Court

_Carline Mayer_
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 4-4-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02004 was distributed by fax, mail, or direct printing on May 4, 2005 to the parties listed.

Vickie R. Hamilton
5056 Wilburn Avenue
Memphis, TN 38117

Honorable J. Breen
US DISTRICT COURT